**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Michael Rapp, ) | |
|     Plaintiff, ) | |
|   v. ) | CV-06-0573-PHX-SMM (LOA) |
| Dustin Griffith, et al., ) | O R D E R |
|     Defendants. ) | |

    It appearing to the Court that Plaintiff's Motion to Dismiss is now ready for consideration,

    **IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, Document No. 24.  However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

    DATED this 17th day of January, 2007.

Stephen M. McNamee
United States District Judge