WO **JWB**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Michael Rapp, | No. CV 06-0573-PHX-SMM-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Dustin Griffity, et al., | |
| Defendants. | |

Before the Court are Defendants' Motion for Summary Judgment (Doc. # 12) and Plaintiff's Motion to Dismiss Case (Doc. # 24). The Court will grant Plaintiff's motion, deny Defendants' motion as moot, and terminate this action.

**I.    Procedural Background**

Plaintiff filed the instant action on February 24, 2006, alleging claims of excessive force by two City of Phoenix Police Officers (Doc. # 1). Defendants filed a Motion for Summary Judgment on November 16, 2006 (Doc. # 12) to which Plaintiff responded on November 17, 2006 (Doc. # 17). On December 27, 2006, however, Plaintiff filed a Motion to Dismiss Case, averring that he did not have the resources to effectively litigate his case, and requested that the Court dismiss the action.

///

///

1  **II.     Voluntary Dismissal**

2  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court may order
3  that an action be dismissed without prejudice at a plaintiff's insistence.  Having received no
4  objection by Defendants, the Court will grant Plaintiff's motion.  Defendants' Motion for
5  Summary Judgment will, therefore, be denied as moot.

6  **IT IS ORDERED** that Plaintiff's "Motion to Dismiss Case" (Doc. # 24) is
7  **GRANTED**.  Plaintiff's action is dismissed.

8  **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment
9  (Doc. # 12) is **DENIED** as moot.

10  **IT IS FURTHER ORDERED** that the Clerk of Court must terminate this action.
11  DATED this 17th day of April, 2007.

Stephen M. McNamee
United States District Judge